# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK A. MCCALLUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 1:14-cv-00284-LJO-SAB<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>ECF NO. 10 |

On May 28, 2014, Plaintiff Mack A. McCallum ("Plaintiff") filed a motion to proceed in forma pauperis "on appeal." (ECF No. 10.) On March 28, 2014, this Court dismissed Plaintiff's complaint for failure to state any claims, entered judgment against Plaintiff and closed this action. (ECF No. 5-6.) On June 10, 2014, Plaintiff's appeal of the judgment was dismissed by the Ninth Circuit because it was untimely. (ECF No. 11.)

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to proceed in forma pauperis is DENIED as moot.

IT IS SO ORDERED.

Dated:  **June 11, 2014**

UNITED STATES MAGISTRATE JUDGE

1